## THE STATE v. P. C. McGILLVRAY.

THE district court of Brown county affirmed the judgment of a justice of the peace taxing the costs in a certain criminal case against the prosecuting witness, *McGillvray*, who appeals to this court.

*James Falloon*, for McGillvray, appellant.
*C. E. Berry*, county attorney, for The State.

*Per Curiam:* This case is affirmed, on authority of *Shields v. Comm'rs of Shawnee County*, 5 Kas. 589.

The doubt expressed by Mr. Justice VALENTINE, in the case of *The State v. John C. Reisner*, 20 Kas. 548, is disapproved.